UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THEODIS BROWN, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:05-CV-832-JCH |
| | ) |
| BELLEFONTAINE HABILITATION | ) |
| CENTER AND CAMPUS, | ) |
| | ) |
| Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion to amend his complaint [Doc. #12] is **DENIED**. This Court dismissed the instant action on June 30, 2005 [Doc. #11].

Dated this 6th day of July, 2005

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**

PDF created with FinePrint pdfFactory trial version www.pdffactory.com